**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**ANGEL JULIO MATAVACA GUALLI,**
*Petitioner*,

v.

**MICHAEL BALL, et al.,**

*Respondents*.

**Civil Action No. 9:26-cv-01247**

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents

hereby stipulate that Plaintiff's claim is to be dismissed in its entirety without prejudice, with the

parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon filing of

this joint stipulation.

Dated:  July 14, 2026

/s/ MATTHEW K. BOROWSKI

Matthew K. Borowski
*Attorney for Petitioner*
4343 Union Road,
Buffalo NY 14225
E-mail: matthew@borowskilaw.com
Tel: 716-330-1503

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: *s/ Alexis M. Osborne*

Alexis M. Osborne
Assistant United States Attorney
Bar Roll No. 707475

IT IS SO ORDERED:

Anthony J. Brindisi
U.S. District Judge

Dated: ___July 15, 2026_____
         Utica, NY

Page 1 of 1